G. GEOFFREY ROBB (131515)
GIBSON ROBB & LINDH LLP
1255 Powell Street
Emeryville, CA 94608
Telephone: (415) 348-6000
Facsimile: (415) 231-0037
Email: grobb@gibsonrobb.com

Attorneys for Plaintiffs
NAVIGATORS MANAGEMENT COMPANY, INC. in its individual capacity and on behalf of NAVIGATORS INSURANCE COMPANY, INC.; and K-2 INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS MANAGEMENT COMPANY, INC. in its individual capacity and on behalf of NAVIGATORS INSURANCE COMPANY, INC.; and K-2 INDUSTRIES, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EVER-LEADING INTERNATIONAL INC., and DOES 1 to 10,<br><br>　　　　Defendants.<br><br>AND ALL RELATED THIRD-PARTY ACTIONS | Case No. 2:22-cv-07817 MAA<br><br>*[Assigned to Magistrate Judge Maria A. Audero]*<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION OF DISMISSAL AS REQUIRED BY COURT ORDER OF FEBRUARY 6, 2024**<br><br>Complaint filed:　　October 26, 2022 |

/ / /

/ / /

/ / /

Having read and considered the STIPULATION OF DISMISSAL AS REQUIRED BY COURT ORDER OF FEBRUARY 6, 2024, and good cause appearing therefor,

IT IS SO ORDERED that the case is dismissed as to all defendants with prejudice, with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: <u>April 23</u>, 2024

_____
Honorable Maria A. Audero
UNITED STATES DISTRICT COURT
Central District of California

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL AS REQUIRED BY COURT ORDER OF FEBRUARY 6, 2024
Case No. 2:22-cv-07817 (MAAx); Our File No. 5479.45

2